From this record, it is apparent that there was an honest difference of opinion between the importer and the Government officials as to the proper value of this merchandise. In such circumstances, it has been consistently held that remission should be granted. *Crown Publishers* v. *United States*, 25 Cust. Ct. 159, C. D. 1278; *Egry Register Co.* v. *United States*, 7 Cust. Ct. 304, Abstract 46513; *Fred Selig* v. *United States*, 26 Cust. Ct. 444, Abstract 55614; and *P. Pastene & Co. (Inc.)* v. *United States*, 21 C. C. P. A. (Customs) 69, T. D. 46392.

The petition for remission of additional duties is granted. Judgment will be entered accordingly.

BEFORE THE THIRD DIVISION, SEPTEMBER 5, 1956

**No. 60231.**—American National Mercantile Co. et al. *v.* United States, protests 161586–K, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.

**No. 60232.**—American Mercantile Co. et al. *v.* United States, protests 166100–K, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 13, 1956

**No. 60233.**—New York Merchandise Co., Inc. *v.* United States, protest 283858–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.

**No. 60234.**—Seaboard Import Co., Inc. *v.* United States, protest 289229–K (New York).